IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02667–MSK–KMT

THOMAS DECKARD,

    Plaintiffs,

v.

STERLING CONSTRUCTION COMPANY, and
STERLING CONSTRUCTION MANAGEMENT, L.L.C.,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Reconsider Court's Order of August" 30, 2011" (Doc. No. 91, filed September 2, 2011) is GRANTED, because the court was under the impression the parties concurred in the motion for extension of time. The Court's Minute Order entered August 30, 2011 (Doc. No. 89) is VACATED, and the "Motion to Extend Deadlines to Take Five Depositions" (Doc. No. 87) is REINSTATED. Defendants shall respond to the Motion to Extend Deadlines no later than September 22, 2011. Plaintiff shall reply no later than September 29, 2011.

Dated: September 15, 2011