**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02667-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** November 14, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| THOMAS DECKARD, | Geoffrey D. Petis |
| | Maaren Linnea Johnson |
| Plaintiff, | |
| v. | |
| STERLING CONSTRUCTION COMPANY, and STERLING CONSTRUCTION MANAGEMENT, L.L.C., | Geri O'Brien Williams |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session: 2:49 p.m.**
Court calls case. Appearances of counsel. Mr. James D. Johnson appears for Interested Party Patrick Renfro. All parties appear by phone.

Motion Hearing is called regarding Defendants' Motion to Quash Subpoena to Appear and Give Deposition Testimony and Subpoena Duces Tecum Served on Defendants' Expert Patrick Renfro [Doc. No. 108, filed November 12, 2011].

It is **ORDERED**:     Defendants' Motion to Quash [108] is **GRANTED** for reasons stated on the record.

Statement made by Mr. Petis is noted for the record. The Court observes the history of payments between Dr. Renfro and Bachus & Shanker, LLC as an expert witness.

**Court in Recess: 3:16 p.m.**
Hearing concluded.
Total In-Court Time     00:27

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.